AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lorch, Basil H. | U.S. Bankruptcy Court | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

121 W. Spring Street
New Albany, IN 47150

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 26 - 28 | San Francisco, CA | Business meeting and educational seminar | Meals, hotel, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 2. TIAA Cref Teachers Retirement Fund | A | Dividend | J | T | | | | | |
| 3. College Choice T Rowe Price Large Cap Growth | A | Dividend | J | T | | | | | |
| 4. College Choice Black Rock Large Cap Value Class A | A | Dividend | J | T | | | | | |
| 5. College Choice 2025 Enrollment Portfolio Class A | A | Dividend | J | T | | | | | |
| 6. AMG Times Sq Small Cap Growth Fund | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 7. Wells Fargo Advantage Intl Value Fund | A | Dividend | J | T | Sold (part) | 06/07/16 | J | A | |
| 8. MFS Int'l Growth Fund Class I | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 9. Prudential Jennison Midcap Growth Fund Class Z | A | Dividend | J | T | Sold (part) | 02/12/16 | J | A | |
| 10. DWS RREEF Global Real Estate Sec FD Class A | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 11. MFS Research Fund Class A | A | Dividend | J | T | Sold (part) | 12/23/16 | J | A | |
| 12. John Hancock Disciplined Value Fund Class A | A | Dividend | | | Sold | 02/12/16 | J | | |
| 13. Virtus Emerging Markets Opportunities Fund Class I | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 14. Europacific Growth Fund Class F1 | A | Dividend | J | T | Sold (part) | 12/23/16 | J | A | |
| 15. Pimco Total Return Fund Class P | A | Dividend | J | T | | | | | |
| 16. JP Morgan US Large Cap Core Plus Fund Select Class | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 17. JP Morgan Midcap Value Fund Institutional Shares | A | Dividend | | | Sold | 02/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AQR Managed Futures Strategy Fund Class N | A | Dividend | J | T | Sold (part) | 12/21/16 | J | A | |
| 19. Aston River Road Small Cap Value Fund Class I | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 20. Columbia Acorn Int'l Fund Class Z | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 21. Brown Advisory Growth Equity Fund Investor Shares | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 22. Merrill Lynch PFD Cap TR V | A | Dividend | | | Sold | 01/29/16 | J | A | |
| 23. Merrill Lynch CUML PFD Cap TR III | A | Dividend | | | Sold | 01/29/16 | J | A | |
| 24. First Eagle Global CL C | A | Dividend | K | T | | | | | |
| 25. Ivy Balanced CL C | A | Dividend | K | T | | | | | |
| 26. Janus Balanced CL C | A | Dividend | K | T | Sold (part) | 10/21/16 | J | A | |
| 27. Federated Government Cash SER | A | Interest | J | T | | | | | |
| 28. MFS Global | A | Dividend | K | T | | | | | |
| 29. Baird Aggregate INSTL Class N/L | A | Dividend | J | T | Sold (part) | 12/21/16 | J | A | |
| 30. Clarkston Partners Fund Institutional Class N/L | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 31. Metropolitan West Total Return Bond Fund Class I | A | Dividend | J | T | Sold (part) | 06/07/16 | J | A | |
| 32. Carnival Corporation (CCL) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 33. VF Corporation (VFC) | A | Dividend | | | Buy | 06/10/16 | J | | |
| 34. | — | — | | | Sold | 07/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kraft Heines Company (KHC) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 36. Sysco Corporation (SYY) | A | Dividend | | | Buy | 06/10/16 | J | | |
| 37. | | | | | Sold | 10/21/16 | J | A | |
| 38. Chevron Corporation New (CVX) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 39. JP Morgan Chase & Company (JPM) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 40. Chubb Limited (Switzerland) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 41. Pfizer Incorporated (PFE) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 42. CME Group Incorporated (CME) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 43. Bristol Myers Squibb Company (BMY) | A | Dividend | | | Buy | 06/10/16 | J | | |
| 44. | | | | | Sold | 12/27/16 | J | A | |
| 45. Cardinal Health Incorporated (CAH) | A | Dividend | | | Buy | 06/10/16 | J | | |
| 46. | | | | | Sold | 12/27/16 | J | A | |
| 47. Union Pac Corporation (UNP) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 48. Eaton Corporation PLC (ENT) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 49. Apple Incorporated (AAPL) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 50. Microsoft Corporation (MSFT) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 51. Accenture PLC Ireland SHS Class A | A | Dividend | | | Buy | 06/10/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/07/16 | J | A | |
| 53. Microchip Technology Incorporated (MCHP) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 54. Lyondellbasell Industries N V SHS (LYB) | A | Dividend | | | Buy | 06/10/16 | J | | |
| 55. | | | | | Sold | 07/26/16 | J | | |
| 56. Verizon Communications Incorporated (VZ) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 57. Oracle Corporation (ORCL) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 58. Air Products & Chemicals Incorporated (APD) | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 59. Pepsico, Incorporated (PEP) | A | Dividend | J | T | Buy | 10/21/16 | J | | |
| 60. Marathon Pete Corporation (MPC) | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 61. Time Warner Incorporated Com New (TWX) | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 62. Abbvie Incorporated (ABBV) | A | Dividend | J | T | Buy | 12/27/16 | J | | |
| 63. Merck & Company Incorporated (MRK) | A | Dividend | J | T | Buy | 12/27/16 | J | | |
| 64. Artisian International Fund Investor (ARTIX)* | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 65. | | | | | Sold (part) | 12/21/16 | J | A | |
| 66. Loomis Sayles Growth Fund Class Y | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 67. | | | | | Sold (part) | 12/21/16 | J | A | |
| 68. T. Rowe Price Small Cap Value Fund (PASVX) | A | Dividend | J | T | Buy | 02/10/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/21/16 | J | A | |
| 70. Western Asset Total Return Fund | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 71. | | | | | Sold (part) | 12/21/16 | J | A | |
| 72. Champlain Mid Cap Fund Advisor | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 73. | | | | | Sold (part) | 12/21/16 | J | A | |
| 74. American Mutual Fund Class F2 | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 75. | | | | | Sold (part) | 12/23/16 | J | A | |
| 76. Mainstay Epoch Global Equity Yield Fund Class A | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 77. | | | | | Sold (part) | 12/23/16 | J | A | |
| 78. Federated Institutional High Yield Bond Fund | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 79. | | | | | Sold (part) | 12/23/16 | J | A | |
| 80. Gateway Fund Class A M/F | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 81. | | | | | Sold (part) | 12/23/16 | J | A | |
| 82. Prudential Jennison Equity Income Fund Class Z | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 83. | | | | | Sold (part) | 12/23/16 | J | A | |
| 84. John Hancock Global Absolute Return Strategies Fd | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 85. | | | | | Sold (part) | 12/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Federated Strategic Value Dividend Fund | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Artisian International Fund Investor converted to Artisian International Fund Advisor on 10/14/16

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Basil H. Lorch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544